**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JAMES CLEVELAND, et al.         *

       *Plaintiffs*        *

v.         *    CASE NO.:  11-CV-00026 WDQ

MICHAEL D. SOFRONSKI, M.D., et al    *

      Defendants      *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of the Consent Motion to Extend Deadlines, it is on this _____ day of

_____, 2011, hereby,

**ORDERED**, that the Consent Motion to Extend Deadlines is hereby GRANTED as

described below:

| | |
|---|---|
| Plaintiffs' expert ID: | 12/27/11 |
| Defendants' expert ID: | 02/29/12 |
| Plaintiff's Rebuttal expert ID: | 3/31/12 |
| 26 (e) (2) Supplemental Disclosures: | 04/06/12 |
| Discovery Deadline: | 05/06/12 |
| Requests for Admissions Deadline: | 05/15/12 |
| Dispositive Motions Deadline: | 06/15/12 |

_____
Judge, United States District Court