1829 REISTERSTOWN ROAD
SUITE 425
BALTIMORE, MARYLAND 21208
PHONE: 410.998.3600
FAX: 410.998.3680



WAIS, VOGELSTEIN & ARFAA, LLC
EXCEPTIONAL REPRESENTATION. SUPERIOR RESULTS.

WWW.MALPRACTICETEAM.COM

2717 13TH STREET, NW
WASHINGTON, D.C. 20009
PHONE: 1.888.952.9669
FAX: 410.998.3680

November 13, 2012

The Honorable William D. Quarles, Jr. (Via Electronic Filing)
United States District Court
 For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **James Cleveland, et al. v. Michael D. Sofronski, M.D., et al.**
            **Case No. 11-CV-00026 WDQ**

Dear Judge Quarles:

    I am in receipt of Mr. Penhallegon's letter dated November 12, 2012 in which he has requested of the court a deferral of the pre-trial conference in this matter from December 11 – 13, 2012 until December 18, 2012. Please be advised that I have no objection to the deferral being granted.

    Thank you.

                                 Yours truly yours,

                                 Julia R. Arfaa

JRA/djh
cc:    John R. Penhallegon, Esquire