# CORNBLATT, BENNETT, PENHALLEGON & ROBERSON, P.A.

ATTORNEYS AT LAW
SUITE 100
THE CAMPBELL BUILDING
100 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204

(410) 752-7600
FAX (410) 296-2425
E-Mail Address: mail@cbprlaw.com
Website: www.cbprlaw.com

THEODORE B. CORNBLATT *
S. WOODS BENNETT
JOHN R. PENHALLEGON
PATRICK A. ROBERSON*
JEFFREY Y. LAYNOR

OF COUNSEL
MICHAEL P. DEGEORGE**
VALERIE A. GROVE

RICHARD R. MARTELL*

PARALEGAL
P. JAYE COOPER

*ALSO MEMBER OF D.C. BAR
**ALSO MEMBER OF D.C. AND VA BARS

August 27, 2013

The Honorable William D. Quarles, Jr. (Via Electronic Filing)
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    RE: Cleveland, et al. v. Peninsula Regional Medical Center, Inc.
       Case No. WDQ-11-CV-0026

Dear Judge Quarles:

  Please be advised that the parties have just agreed to settle this case. Trial was scheduled to begin next week, September 3. However, the parties will require some additional time to execute the settlement agreement, because of the use plaintiffs who were part of the lawsuit at one point in time.

  Counsel for the parties jointly ask that you provide the parties sixty (60) days to file the stipulation of dismissal and in the meantime, cancel the trial scheduled for next week.

          Very truly yours,

          /s/

          Valerie A. Grove

VAG/
cc: Julia Renee Arfaa, Esquire