# CORNBLATT, BENNETT, PENHALLEGON & ROBERSON, P.A.

ATTORNEYS AT LAW
SUITE 100
THE CAMPBELL BUILDING
100 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204

(410) 752-7600
FAX (410) 296-2425
E-Mail Address: mail@cbprlaw.com
Website: www.cbprlaw.com

THEODORE B. CORNBLATT *
S. WOODS BENNETT
JOHN R. PENHALLEGON
PATRICK A. ROBERSON*
JEFFREY Y. LAYNOR

OF COUNSEL
MICHAEL P. DEGEORGE**
VALERIE A. GROVE

RICHARD R. MARTELL*

PARALEGAL
P. JAYE COOPER

*ALSO MEMBER OF D.C. BAR
**ALSO MEMBER OF D.C. AND VA BARS

December 20, 2013

The Honorable William D. Quarles, Jr. (Via Electronic Filing)
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

> RE: Cleveland, et al. v. Peninsula Regional Medical Center, Inc.
> Case No. WDQ-11-CV-0026

Dear Judge Quarles:

Please be advised that the parties, pursuant to the consent motion approved by you, have consummated the settlement of this case. Simultaneously with this letter, the parties are filing a Stipulation of Dismissal.

Thank you for your patience in this matter.

Very truly yours,

/s/

Valerie A. Grove

VAG/
cc: Julia Renee Arfaa, Esquire